


**RECEIVED**
IN MONROE, LA

DEC 0 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOSEPH GERALD | CIVIL ACTION NO. 06-1117 |
| A 41 055 596 | SECTION P |
| VS. | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 11] be **GRANTED** and the Petition for Writ of *Habeas Corpus* be **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 5 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE